IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America, ) | |
|     Plaintiff, ) | |
| ) | |
|     v.  ) | 8:99CV373 |
| ) | |
| LaSonja V. Caldwell, ) | |
|     Defendant, ) | |
| ) | |
|     and  ) | |
| ) | |
| County of Douglas, ) | |
|     Garnishee. ) | |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against County of Douglas, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against County of Douglas, whose address is 1819 Farnam Street, #505, Omaha, NE 68183.

DATED this 9th day of May, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE